UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,         )
                                     )   CRIMINAL ACTION NO. 19-40049-TSH
      Plaintiff           )
                                     )
      v.                        )
                                     )
VALERIE LUCIER,              )
                                   )
      Defendant         )
_____ )

## ADDENDUM TO DEFENDANT'S SENTENCING MEMORANDUM

Upon reviewing the Government's sentencing memorandum, Counsel has found errors in her own guideline calculation and submits this correction. Counsel agrees with the Government's determination that Lucier should receive a two-point reduction for her safety valve eligibility. Defendant raised this issue in her objections to the PSR and mistakenly failed to incorporate it into her guidelines calculation.

If the Court chooses to apply a 1:1 ratio for crack and cocaine, as has been recommended by both parties, the correct total offense level would be 12 with a GSR of 15-21 months. Defendant agrees with the Government's calculation.

Respectfully submitted,
By her attorney,

*/s/Keren Goldenberg*_____
Keren Goldenberg
BBO # 657621
19A Alexander Ave.
Belmont, MA  02478
(617) 431-2701
keren@kgdefenselaw.com

Date: January 27, 2022

## Certificate of Service

I hereby certify that this document(s) will be filed through the ECF system on January 27, 2022 which will result in it being sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

> */s/Keren Goldenberg*
> Keren Goldenberg