UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>VALERIE LUCIER,<br><br>           Defendant. | Criminal No. 1:19-cr-40049-TSHs |

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

      The United States of America, by and through Assistant United States Attorney Alathea E. Porter, respectfully submits a Supplemental Sentencing Memorandum for the defendant, Valerie Lucier (hereinafter, "Lucier"). After filing its Sentencing Memorandum, and in preparation for the sentencing hearing, the government identified an additional dispute with respect to the United States Probation Office's ("Probation") calculation of Lucier's advisory guideline sentencing range ("GSR"). This does not change the government's sentencing recommendation of time-served.

      Specifically, the government believes a two level downward adjustment for Lucier's role in the offense is warranted under U.S.S.G. § 3B1.2(b). PSR ¶ 36. In connection with the recent sentencing of a similarly situated co-defendant in this case, both Probation and the Court applied that adjustment. Given the similarities between Lucier and this co-defendant, and as will be addressed at the sentencing hearing, the Court should adjust Lucier's offense level based on her minor role. If the Court adopts the government's GSR calculation, as set forth in detail in the Government's Sentencing Memorandum (Dkt. 531), and applies the minor role two level downward adjustment, Lucier's total offense level would be 10. Therefore, with a criminal history category of III, Lucier's resulting GSR would 10-16 months.

1

## CONCLUSION

To be consistent with the sentencing of other co-defendants in this case, and based on her role in the offense, the Court should apply a two level downward adjustment for Lucier's minor role in the offense. For the reasons set forth herein, in the Government's Sentencing Memorandum, as detailed in the PSR, and as will be addressed at the sentencing hearing, the government believes that a sentence of time-served, followed by four years of supervised release, is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553.

DATED: January 28, 2022

                                                Respectfully submitted,

                                                RACHAEL S. ROLLINS
                                                United States Attorney

By:    */s/ Alathea E. Porter*
         Alathea E. Porter
         Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ Alathea E. Porter*
                                                Alathea E. Porter
                                                Assistant U.S. Attorney